Appeal No. 75-39. ROBERT L. ARMSTRONG v. RICHARD W. POLASKI. Motion of defendant to strike a portion of the transcript is denied, without prejudice to raise this issue at oral argument. Bevilacqua, C. J. not participating. *John D. Lynch,* for plaintiff. *William Gerstenblatt,* for defendant.

Appeal No. 75-324. ARAM K. BERBERIAN v. TOWN OF WESTERLY *et al.* Motion of defendants to dismiss the appeal is denied as moot. Bevilacqua, C. J. not participating. Aram K. Berberian pro se, for plaintiff. *John J. Turano,* Asst. Town Solicitor, *Matthew L. Lewiss, Joseph D. Parrilla,* for defendants.

Appeal No. 76-1. ANTONETTA HARRIS v. BERNADETTE MERNIN *et al.* Motion of defendant, Bernadette Mernin, to dismiss the plaintiff's appeal is granted because the case is not ripe for appeal. *Kolc* v. *Maratta,* 113 R. I. 160, 319 A.2d 14 (1974); *Menzies* v. *Sigma Pi Alumni Ass'n,* 110 R. I. 488, 294 A.2d 193 (1972); *Goodyear Loan Co.* v. *Little,* 107 R. I. 629, 269 A.2d 542 (1970). Bevilacqua. C. J. not participating. *Anthony Pennacchia,* for plaintiff. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks, David P. Whitman,* for defendant Bernadette Mernin.

Appeal No. 76-30. NORBERT C. COUTU *et al.* v. CLARENCE J. COUTU *et al.* Motion of plaintiffs to affirm the judgment below pursuant to Rule 16(g) is denied. Appeal of defendants is dismissed. *Griffin* v. *Rahill,* 112 R. I. 549, 313 A.2d 374 (1973); *Giarrusso* v. *Corrigan,* 108 R. I. 471, 276 A.2d 750 (1971). Bevilacqua, C. J. not participating. *Edwards & Angell, Gerald W. Harrington,* for plaintiffs. *Petrarca & McGair, Louis A. Petrarca, Jr., Leo B. Charbonneau,* for defendants.

Appeal No. 76-86. HELEN MARONEY v. TOWN OF NEW SHOREHAM. Motion of plaintiff to dismiss the appeal is denied. Bevilacqua, C. J. not participating. *Timothy J. McCarthy,* for plaintiff. *F. Albert Starr,* for defendant.